CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1134
Tel:  (650) 802-3000
Fax: (650) 802-3100

JOSEPH S. ALLERHAND (*pro hac vice*)
joseph.allerhand@weil.com
ROBERT F. CARANGELO (*pro hac vice*)
robert.carangelo@weil.com
STACY NETTLETON (*pro hac vice*)
stacy.nettleton@weil.com
MATTHEW E. K. HOWATT (*pro hac vice*)
matthew.howatt@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007

Attorneys for Defendants
AMERICAN INTERNATIONAL GROUP, INC.
and DAVID L. HERZOG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, THOMAS PETER ATHAN, ALAN FROST, DAVID L. HERZOG, and ROBERT LEWIS,<br><br>Defendants. | Case No. 13-CV-3653-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER**<br><br>Honorable Jeffrey S. White |

1  WHEREAS, Plaintiff filed a complaint (the "Complaint") in the above-captioned

2  action (the "Action") on August 6, 2013 in this Court;

3  WHEREAS, on October 23, 2013, this Court entered the Stipulation and [Proposed]

4  Order Regarding Waiver of Service, Schedule And Removal From ADR Program (as modified by

5  the Court) (*see* Docket No. 11) (the "Scheduling Order");

6  WHEREAS, on November 25, 2013, this Court entered the Stipulation and

7  [Proposed] Order Regarding Rescheduling Case Management Conference, which (i) rescheduled the

8  Case Management Conference to May 30, 2014, at 1:30 P.M., or another date following a decision

9  on the Transfer Motion [defined therein] to be determined by the Court and (ii) ordered the Parties to

10 file a joint case management statement no later than May 22, 2014 or, if the Court were to set

11 another date for the Case Management Conference, five days prior to the Case Management

12 Conference (*see* Docket No. 14) (the "Case Management Conference Order");

13 WHEREAS, as permitted under the Scheduling Order, on December 23, 2013,

14 Defendants filed their motion to transfer this Action to the United States District Court for the

15 Southern District of New York (the "Southern District of New York") pursuant to 28 U.S.C §

16 1404(a) (*see* Docket No. 15) (the "Motion to Transfer");

17 WHEREAS, pursuant to the Scheduling Order, Plaintiff has until February 21, 2014

18 to file its opposition to the Motion to Transfer, and Defendants have until March 24, 2014 to file

19 their reply to Plaintiff's opposition;

20 WHEREAS, the Parties have conferred and all Parties agree that (i) venue for this

21 Action would be proper in the Southern District of New York; (ii) this Action is related to *In re*

22 *American International Group, Inc. 2008 Securities Litigation*, No. 08-CV-4772, pending in the

23 Southern District of New York; and (iii) transferring this Action to the Southern District of New

24 York is convenient for the Parties and witnesses and is in the interest of justice;

STIPULATION AND [PROPOSED] ORDER RE:
TRANSFER                                               1                            Case No. 13-CV-3653-JSW

PURSUANT TO STIPULATION, THE PARTIES JOINTLY REQUEST THE FOLLOWING ORDER:

## I. TRANSFER GRANTED

A. The Motion to Transfer is granted and this Action is transferred to the Southern District of New York.

## II. ALL PENDING DATES STRICKEN

A. All pending deadlines and hearings in this matter, including those set forth in the Case Management Conference Order, shall be taken off calendar.

B. Consistent with the foregoing, the Parties are not required to and will not file any further briefs in this Court regarding the Motion to Transfer or a joint case management statement.

Dated: February 18, 2014　　　　WEIL, GOTSHAL & MANGES LLP

By: /s/ *Christopher J. Cox*
Christopher J. Cox
Joseph S. Allerhand (*pro hac vice*)
Robert F. Carangelo (*pro hac vice*)
Stacy Nettleton (*pro hac vice*)
Matthew E. K. Howatt (*pro hac vice*)

Counsel for Defendants
AMERICAN INTERNATIONAL
GROUP, INC. and DAVID L. HERZOG

Dated: February 18, 2014　　　　GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Lee G. Dunst*
Lee G. Dunst
F. Joseph Warin

Counsel for Defendant
JOSEPH CASSANO

STIPULATION AND [PROPOSED] ORDER RE: TRANSFER　　　　2　　　　Case No. 13-CV-3653-JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 18, 2014 | MAYER BROWN LLP |
| 3 | | By: /s/ *Bradford Jealous, III* |
| 4 | |     Richard A. Spehr<br>    Joseph De Simone<br>    Bradford Jealous, III |
| 5 | | |
| 6 | | Counsel for Defendant<br>STEVEN J. BENSINGER |
| 7 | Dated: February 18, 2014 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 8 | | |
| 9 | | By: /s/ *Jamison A. Diehl*<br>    Robert H. Pees<br>    Jamison A. Diehl |
| 10 | | |
| 11 | | Counsel for Defendant<br>MARTIN J. SULLIVAN |
| 12 | Dated: February 18, 2014 | LATHAM & WATKINS LLP |
| 13 | | |
| 14 | | By: /s/ *Sadie H. Diaz*<br>    Richard D. Owens<br>    Sadie Holzman Diaz<br>    Aaron Goldberg |
| 15 | | |
| 16 | | Counsel for Defendant<br>ANDREW FORSTER |
| 17 | | |
| 18 | Dated: February 18, 2014 | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 19 | | |
| 20 | | By: /s/ *Dorothy Heyl*<br>    Thomas Arena<br>    Dorothy Heyl |
| 21 | | |
| 22 | | Counsel for Defendant<br>ALAN FROST |
| 23 | | |
| 24 | Dated: February 18, 2014 | WILLKIE FARR & GALLAGHER LLP |
| 25 | | By: /s/ *Michael R. Young* |
| 26 | |     Michael R. Young<br>    Antonio Yanez, Jr.<br>    Mei Lin Kwan-Gett |
| 27 | | |
| 28 | | Counsel for Defendant<br>ROBERT LEWIS |

Dated:  February 18, 2014        DEBEVOISE & PLIMPTON LLP

By:  /s/ *Erich O. Grosz*
     Erich O. Grosz

Counsel for Defendant
THOMAS PETER ATHAN

Dated:  February 18, 2014        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  /s/ *Joy A. Kruse*
     Richard M. Heimann
     Joy A. Kruse
     Bruce W. Leppla
     Steven F. Fineman
     Daniel P. Chiplock
     Nicholas Diamand
     Douglas I. Cutherbertson

Counsel for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT SO ORDERED:

Dated:  February 24, 2014

*[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
United States District Judge